1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA GJURASHAJ, | Case No. EDCV 09-1581-VAP (DTBx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendant First American Loanstar Trustee Services is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: October 21, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge