UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA GJURASHAJ,<br><br>    Plaintiff,<br><br>    v.<br><br>FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, et al.,<br><br>    Defendants. | Case No. EDCV 09-1581-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendants Chase Home Finance LLC and Deutsche Bank National Trust Company is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  October 21, 2009

                                                                                         */s/ Virginia A. Phillips*<br>
                                                                                    VIRGINIA A. PHILLIPS<br>
                                                                                    United States District Judge