**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA GJURASHAJ,<br><br>        Plaintiff,<br><br>   v.<br><br>FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, et al.<br>        Defendants. | Case No. EDCV 09-1581-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: February 10, 2010

                                           VIRGINIA A. PHILLIPS
                                     United States District Judge